UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO MORALES, | |
| Plaintiff, | No. C 15-3973 NC (PR) |
| v. | **ORDER OF DISMISSAL** |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff Benito Morales, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983. On January 4, 2016, the Court dismissed Plaintiff's complaint with leave to amend for failure to state a cognizable claim for relief. The Court informed Plaintiff of the deficiency in the complaint, and directed Plaintiff to file an amended complaint within twenty-eight days, or face dismissal of this case. More than twenty-eight days have passed, and Plaintiff has not filed an amended complaint, nor communicated further with the Court. Accordingly, the complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: February 16, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge